_____

No. 94-3442
_____

Barry Lamont Johnson,        *
                                   *
       Appellant,        *
                                   *
    v.                     *  Appeal from the United States
                                   *  District Court for the
S. Moore, Little Rock Police   *  Eastern District of Arkansas.
Department, Arkansas; Sheriff  *     [UNPUBLISHED]
Gravett, Pulaski County Jail,  *
Arkansas,                   *
                                   *
       Appellees.       *

_____

Submitted:  January 5, 1996

Filed:  January 18, 1996
_____

Before WOLLMAN, MAGILL, and HANSEN, Circuit Judges.
_____

PER CURIAM.

Barry Lamont Johnson appeals from the district court's[1] orders dismissing his 42 U.S.C. § 1983 action as frivolous as to some defendants and granting summary judgment to the remaining defendants. Having carefully reviewed the record and the parties' briefs, we conclude the judgment of the district court was correct. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.